**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| **XIAOTIAN LIU**, <br><br> **Plaintiff,** <br><br> v. <br><br> **KRISTI NOEM**, Secretary of the Department of Homeland Security; <br><br> **TODD LYONS**, Acting Director of the Immigration and Customs Enforcement; <br><br> **Defendants.** | No. _____ |

**PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**
**(ORAL ARGUMENT REQUESTED)**

Pursuant to Fed. R. Civ. P. 65 and Section 705 of the Administrative Procedure Act, 5 U.S.C. § 705, and Counts 1 and 2 of Plaintiff's Complaint for Declaratory and Injunctive Relief— and for the reasons stated in the accompanying memorandum, declarations, and all pleadings filed—Plaintiff respectfully moves this Court to issue a temporary restraining order (i) enjoining Defendants from terminating Plaintiff's F-1 student status under the Student and Exchange Visitor (SEVIS) system and (ii) requiring Defendants to set aside their termination determination. The grounds for this motion are set forth in Plaintiff's accompanying memorandum of law in support of his motion.

Plaintiff also moves this Court for an order waiving the requirement for bond or security.

1

Xiaotian Liu,

By and through his Counsel,

/s/ SangYeob Kim
Gilles R. Bissonnette (NH Bar: 265393)
Henry Klementowicz (NH Bar: 21177)
SangYeob Kim (NH Bar: 266657)
Chelsea Eddy (NH Bar: 276248)
AMERICAN CIVIL LIBERTIES UNION OF
   NEW HAMPSHIRE
18 Low Avenue
Concord, NH 03301
Phone: 603.227.6678
gilles@aclu-nh.org
henry@aclu-nh.org
sangyeob@aclu-nh.org
chelsea@aclu-nh.org

Ronald L. Abramson (NH Bar: 83593)
SHAHEEN & GORDON P.A.
180 Bridge Street
Manchester, NH 03104
603.792.8472
rabramson@shaheengordon.com

Date: April 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2025, a true and exact copy of the foregoing was served via email upon Defendants' counsel as follows:

Rob Rabuck, Assistant United States Attorney

Rob.Rabuck@usdoj.gov

Dated: April 7, 2025                    Respectfully submitted,

                                        */s/ SangYeob Kim*
                                        SangYeob Kim (NH Bar: 266657)

3