IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| XIAOTIAN LIU,<br><br>    *Plaintiff*,<br><br>    v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security, *et al.*,<br><br>    *Defendants*. | Case No. |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR TEMPORARY RESTRAINING ORDER**

After careful consideration of the parties' submissions, the supporting declarations, the applicable law, and the filings and record in this case, the Court GRANTS Plaintiff's Motion for Temporary Restraining Order.

The Court hereby finds that Plaintiff has demonstrated a likelihood of success on the merits of his claims in Counts 1 and 2 of the Complaint for Declaratory and Injunctive Relief; that Plaintiff is likely to suffer irreparable harm if the order is not granted; that the potential harm to the Plaintiff if the order is not granted outweighs the potential harm to Defendants if the order is granted; and that the issuance of this order is in the public interest.

Pursuant to Federal Rule of Civil Procedure 65(b), this Court orders that all Defendants are (i) enjoined from terminating Plaintiff's F-1 student status under the SEVIS [Student and Exchange Visitor] system, and (ii) required to set aside their termination determination.

This Court further waives the requirement for security under Fed. R. Civ. P. 65(c).

This temporary restraining order shall take effect immediately upon entry of this Order and shall remain in effect by further order of the Court.

It is so ordered.


_____                                     _____

Date                                                                United States District Judge