IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| XIAOTIAN LIU<br><br>*Plaintiff*,<br><br>v.<br><br>KRISTI NOEM, in her official capacity, et al.,<br><br>*Defendants*. | Case No. |

## DECLARATION OF ATTORNEY SANGYEOB KIM

I, SangYeob Kim, pursuant to 28 U.S.C. § 1746, declare as follows:

    1.    I submit this declaration in support of Plaintiff's Motion for Temporary Restraining Order.

    2.    I am over eighteen years of age and am competent to make this Declaration.

    3.    I am an attorney with the American Civil Liberties Union of New Hampshire.

    4.    I am one of the counsel representing Plaintiff in the instant case.

    5.    Attached hereto as exhibits are true and correct copies of the following.

**Exhibit Documents**

    A. Affidavit of Xiaotian Liu.

    B. Email from Plaintiff's School.

    C. Plaintiff's LinkedIn Public Profile.

    D. Plaintiff's Published Article.

    E. ICE Policy Guidance 1004-04 – Visa Revocations.

    F. Guidance Directive 2016-03 9 FAM 403.11-3 – Visa Revocation.

    G. NHPR News Article.

  H. CBS8 News Article.

  I. Boston.com News Article.

  J. Affidavit of Attorney Stephanie Elona Young Marzouk.

I declare under penalty of perjury that the foregoing is true and correct.

<u>/s/SangYeob Kim</u>
SangYeob Kim

Executed on April 7, 2025.