# EXHIBIT B



Xiaotian Liu <███████████████>

## Notification of SEVIS record termination

███████████████  Fri, Apr 4, 2025 at 7:54 PM
To: Xiaotian Liu ███████████████
Cc: ███████████████

Dear Xiaotian,

My name is ███████ and I am ███████████████████████████████ at Dartmouth. Unfortunately, we discovered this evening that your F-1 record in SEVIS has been terminated by the Department of Homeland Security. Please note that this is not standard or normal procedure. Over the last several days universities have been reporting similar record terminations for their international students.

This is the notation that we can see in your SEVIS record:

**OTHERWISE FAILING TO MAINTAIN STATUS** - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated.

We do not have access to any additional information as to why your SEVIS record was terminated.

We want to make you aware of this so that you can take immediate action and contact an immigration attorney for a legal consultation regarding this situation. OVIS is providing several referrals below. If you already have an immigration attorney, we encourage you to reach out to that individual as soon as possible. Please notify us once you have consulted with an attorney.

Attorney referrals:

- ███████ – ███████████████
  - Specializes in immigration law and criminal defense law
  - Initial consult - ███████████████
- ███████ – ███████████████
  - Specializes in immigration law/F-1 student regulations
  - Initial consult ███████
- ███████ – ███████████████
  - Specializes in immigration law/F-1 student regulations
  - Initial consult - ███████
- ███████ – ███████████████
  - Specializes in immigration law/F-1 student regulations
  - Initial consult - ███████
- ███████
  - ███████
  - ███████
  - Specializes in removal defense law
  - Initial consult - ███████

I understand this is difficult news to receive. We ask that you please confirm your receipt of this email and follow up with our office (███████ is your OVIS advisor and he is cc'd) after you have consulted with

an attorney.

▉▉▉

▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Dartmouth College
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
Hanover, NH 03755

**OVIS Walk-in Hours – Effective Spring Term 2025**

**Monday: 1:00 p.m. to 4:00 p.m.**

**Wednesday: 1:00 p.m. to 4:00 p.m.**

**Thursday: 1:00 p.m. to 4:00 p.m.**

All other appointments must be scheduled directly with OVIS:

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

For an emergency that requires immediate assistance outside of normal working hours, please contact Dartmouth Safety & Security: https://www.dartmouth.edu/security/