# EXHIBIT C



| Articles | People | Learning | Jobs | Games | Get the app |

# Xiaotian Liu

Ph.D. student in CS at Dartmouth College. 23' MS in CS and 20' BS in Math and CS at Wake Forest University.

Lebanon, New Hampshire, United States · **Contact Info**

318 followers · 318 connections

See your mutual connections

Join to view profile         Message

Dartmouth College

Dartmouth College

## Activity

Follow



The first semester at the Harvard Graduate School of Education has concluded, marking an immensely rewarding experience filled with growth, learning,...

Liked by Xiaotian Liu



🌟 Better late than never! I'm excited to make an (rather delayed) announcement that two papers have been accepted to #NAACL2025 ! [1] Is it Navajo?...

Liked by Xiaotian Liu

[Our students are open to hire/research] & [Talk opportunity at University of Southern California] This year, I am teaching a graduate-level deep...

Case 1:25-cv-00133-SE-TSM   Document 3-6   Filed 04/07/25   Page 4 of 19

Liked by Xiaotian Liu

Join now to see all activity

## Experience

**Dartmouth College**
1 year 8 months

- **Research Assistant**
  Sep 2023 - Present · 1 year 8 months
  Hanover, New Hampshire, United States

- **Teaching Assistant**
  Sep 2024 - Nov 2024 · 3 months
  TA for COSC 31 Algorithms

- **Teaching Assistant**
  Sep 2023 - Nov 2023 · 3 months
  Hanover, New Hampshire, United States
  TA for COSC 30 Discrete Mathematics for Comp. Sci.

**Teaching Assistant**
Wake Forest University
Aug 2022 - May 2023 · 10 months
Winston-Salem, North Carolina, United States
TA for CSC 111 Intro to Comp. Sci., CSC 112 Fundamentals of Comp. Sci. and CSC 191 Data Visualization.

### Research Assistant

Sichuan University

Jan 2022 - Jul 2022 · 7 months

Chengdu, Sichuan, China

### Data Scientist in Insight Team

Brunswick Group

Sep 2021 - Dec 2021 · 4 months

Shanghai, China

- Pre-processed raw data from multiple sources into a clean and workable structure.
- Applied different machine learning techniques(LDA topic modeling, NER, Word Embedding, Unsupervised Learning) to create peer benchmarking analysis of BI's commercial strategy.
- Translated BI's Internal Survey, and summarized it into actionable advice.

### Teaching Assistant

Wake Forest University

Aug 2020 - May 2021 · 10 months

Winston-Salem, North Carolina, United States

TA for CSC 111 Intro to Comp. Sci.

### Wake Forest University

1 year 9 months

- **Undergraduate Research Fellow**

  May 2019 - May 2020 · 1 year 1 month

  Winston-Salem, North Carolina, United States

  Conducting researches in both Mathematics and Computer Science Department.

- **Math Tutor**

  Sep 2018 - May 2020 · 1 year 9 months

## Education

### Dartmouth College
Doctor of Philosophy - PhD · Computer Science
2023 - 2028

### Wake Forest University
Master of Science - MS · Computer Science
2020 - 2022

### Wake Forest University
Bachelor of Science - BS · Mathematics and Computer Science
2016 - 2020

## Publications

### Sharpness-diversity tradeoff: improving flat ensembles with SharpBalance
Proceedings in NeurIPS 2024 · July 17, 2024

Recent studies on deep ensembles have identified the sharpness of the local minima of individual learners and the diversity of the ensemble members as key factors in improving test-time performance. Building on this, our study investigates the interplay between sharpness and diversity within deep ensembles, illustrating their crucial role in robust

generalization to both in-distribution (ID) and out-of-distribution (OOD) data. We discover a trade-off between sharpness and diversity: minimizing…

Show more

Other authors

See publication

### Dual Contrastive Prediction for Incomplete Multi-View Representation Learning

IEEE Transactions on Pattern Analysis and Machine Intelligence · August 8, 2022

In this article, we propose a unified framework to solve the following two challenging problems in incomplete multi-view representation learning: i) how to learn a consistent representation unifying different views, and ii) how to recover the missing views. To address the challenges, we provide an information theoretical framework under which the consistency learning and data recovery are treated as a whole. With the theoretical framework, we propose a novel objective function that jointly…

Show more

Other authors

See publication

## Courses

**Abstract Algebra**
MST 321

**Combinatorics**
MST348

## Deep Learning Robustness and Generalization
-

## Number Theory
MST345

## Parallel Algorithms
CSC 726

## Point-Set Topology
MST 731

## Randomized Algorithm
-

## Real Analysis
MST 311

## Stochastic Process and Applications
MST 757

## Streaming Algorithms
-

## Theory of Computation
CSC 702

# Projects

## CP Decomposition for Tensors via Alternating Least Squares with QR Decomposition
May 2021 - May 2022
The CP tensor decomposition is used in applications such as machine learning and signal processing to discover latent low-rank structures in multidimensional data. Computing a CP decomposition via an alternating least squares (ALS) method reduces the problem to several linear least squares problems. The standard way to solve these linear least squares

Case 1:25-cv-00133-SE-TSM   Document 3-6   Filed 04/07/25   Page 9 of 19

subproblems is to use the normal equations, which inherit special tensor structures that can be exploited for computational efficiency. However…

Show more

Other creators

See project

### Generalizing the Straightening Formula for Schur Functions

May 2019 - May 2020

The purpose of our project is to defined the generalized Schur function with quotients of the Vandermonde determinants. We managed to develop an simple algorithm for the computation of the generalized Schur function using combinatorial rules and algebraic properties of the Vandermonde determinants.

Other creators

### Crossing Number in Hexagonal Knot Mosaics

Jan 2019 - Jan 2020

We extend the results of Howards and Kobin to hexagonal mosaics giving a precise upper bound to the maximal crossing number of a knot on a centered hexagonal mosaic grid. In the process we reprove one of the main results in that paper in a much shorter argument.

Other creators

**An infinite family of knots whose hexagonal mosaic number is only realized in non-reduced projections**

Sep 2018 - May 2019

We extend the results of Ludwig, Paat, etc. to hexagonal mosaics giving an infinite family of knots which cannot achieve their crossing number on the smallest grid on which they fit.

Other creators

## Honors & Awards

### Walter Low Tatum Scholarship

Department of Mathematics

Sep 2019

$4600 for academic excellence in Mathematics.

### Dean's List

Dean of the College

May 2019

Dean's List is issued for academic excellence.

### Wake Forest Research Fellowship

Wake Forest URECA center

May 2019

$4000 stipend, $500 in supplies and housing included for research.

### WakeHacks 2019 1st Place

Wake Forest Chapter of ACM

Mar 2019

Implemented a real-time object detection and tracking method using optical flows and histograms of color within 24 hours.

## Languages

### English
Full professional proficiency

### Chinese
Native or bilingual proficiency

## More activity by Xiaotian

**The PhD application process is tough, and this year it's even tougher. Due to government funding pauses impacting many universities, including…**

Liked by Xiaotian Liu

**澄清一些DeepSeek里关于降本增效的概念： 首先，增加训练效率的是MOE，Mixture of Experts，也就是所谓混合专家模型。他指的是模型每一个Transformer...**

Liked by Xiaotian Liu

"Everything you will see in the world or face in the world is at Union at some point — from interreligious dialogue to racial and ethnic studies to...

Liked by Xiaotian Liu

A few months ago, while working on a project that required an open-source model for mathematical reasoning, we came across DeepSeek's project. At the...

Liked by Xiaotian Liu

✨ Had an incredible time at #COLING2025 in Abu Dhabi! It was an honor to be able to present my research, and the discussions during the oral session…

Liked by Xiaotian Liu

Happy to share that our work ImpScore: A Learnable Metric For Quantifying The Implicitness Level of Language is accepted to ICLR 2025! In this work,…

Liked by Xiaotian Liu

Two interesting talks by Graham Neubig from the Advanced NLP course at Carnegie Mellon University, covering the following topics: - Agent Basics -…

Liked by Xiaotian Liu

🌟 Thrilled to share our work, SharpBalance: Improving Flat Ensembles with SharpBalance, published at #NeurIPS 2024! It was a great experience…

Shared by Xiaotian Liu

🚀 We're Hiring Research Interns for 2025! 📣 My team at TikTok is seeking Research Interns to join us in Summer 2025! We focus on cutting-edge…

Liked by Xiaotian Liu

Our team at Google DeepMind is hiring Student Researchers for 2025! 💁 Interested in understanding reasoning capabilities of neural networks from…

Liked by Xiaotian Liu

At NeurIPS 2024, MIT Media Lab Professor Rosalind Picard presented a keynote talk that included deeply concerning content involving stereotyping and…

Liked by Xiaotian Liu

Now, you can have interpretability and accuracy at the same time when learning on graphs! 🤩 🤩 🤩 GNAN is the first interpretable-by-design Graph...

Liked by Xiaotian Liu

🎉 Just had an incredible experience attending Conference on Neural Information Processing Systems (NeurIPS 2024)! 🎉 #NeurIPSConference - via #Whova...

Liked by Xiaotian Liu

Many of us at NeurIPS 2024 were more surprised than annoyed to see the statement "Chinese students have not been taught morals or values" presented...

Liked by Xiaotian Liu

Hey everyone! I'm attending NeurIPS 2024 next week, and I'll be hiring for a 6-month student researcher position starting in 2025/Q1 here at Google...

Liked by Xiaotian Liu

**Excited to present two papers at #NeurIPS 2024 this week: "Microstructures and Accuracy of Graph Recall by Large Language Models" at East Exhibit...**

Liked by Xiaotian Liu

## View Xiaotian's full profile

- See who you know in common
- Get introduced
- Contact Xiaotian directly

Join to view full profile



Wayfair

Wayfair Basics® 13.2 Gallon Rectangular Step On Kitchen...



## Other similar profiles



Alvaz Khan



Hawk's Bay Insurance Group Inc

Dallas, TX

Connect



### Xijie (CJ) Lin

Bellevue, WA

Connect

### Mohammad Imran Chowdhury, Ph.D.

Assistant Professor of Instruction in the Department of Computer Science at The University of Texas at San Antonio, TX, USA.

San Antonio, TX

Connect



### Sanjana Pruthi

United States

Connect

### Natalie Zhang

Software Engineer at Meta

United States

Connect

### Anish Thakker

Washington DC-Baltimore Area

Connect



### Mihir Chauhan

Seattle, WA

Connect

### Srinivas Rao

New York City Metropolitan Area

Connect

### Saurabh Shah

training olmos @ Ai2

Seattle, WA

Connect

### Sayali Alatkar

CS PhD student at UW-Madison | Bioinformatics

Madison, WI

Connect

Show more profiles

## Explore collaborative articles

We're unlocking community knowledge in a new way. Experts add insights directly into each article, started with the help of AI.

Explore More

## Others named **Xiaotian Liu** in **United States**

### Xiaotian Liu

Researcher

Chestnut Hill, MA

### Skye (Xiaotian) L.

New York, NY

### Xiaotian Liu

--

East Lansing, MI

### Xiaotian Liu

--

United States

11 others named Xiaotian Liu in United States are on LinkedIn

See others named **Xiaotian Liu**

Add new skills with these courses

1h 56m  Deep Learning and Generative AI: Data Prep, Analysis, and Visualization with Python

2h 19m  Python Data Structures and Algorithms

2h 49m  Machine Learning with Logistic Regression in Excel, R, and Power BI

See all courses

© 2025                                          About

Accessibility                                   User Agreement

Privacy Policy                                  Your California Privacy Choices

Cookie Policy                                   Copyright Policy

Brand Policy                                    Guest Controls

Community Guidelines                            Language