# EXHIBIT H





LOCAL NEWS

# Five UCSD students' visas revoked and additional person deported, university confirms

It is unclear why the San Diego students' visas were revoked, but aligns with a national trend officials terminating some international students' legal residency.



Close Ad

Published: **5:34 PM PDT April 5, 2025**
Updated: **11:03 AM PDT April 6, 2025**

SAN DIEGO — Five students from UC San Diego had their F-1 visas terminated, and one student was deported earlier this week, UCSD's Chancellor Pradeep Khosla announced Friday.

Although Khosla said the federal government did not provide a reason as to why the students' visas were revoked, it follows a nationwide trend of officials terminating some international college students' legal residency.

The student deported was detained at the border, denied entry and deported back to their home country, Khosla said in the statement.

According to the Associated Press, some students have been targeted for pro-Palestinian activism or criminal infractions. But many have been left wondering what they did wrong in the government's eyes, AP reported.

Students stripped of these visas nationwide are receiving orders from the Department of Homeland Security to leave the country immediately, AP reported.

UCSD's Khosla said the San Diego students have been notified of their revocation and the university is working directly with them to provide support.

"We recognize that recent federal immigration actions, whether occurring locally, within the UC system, or across the country, are distressing for many in our campus community," Khosla said in the statement.

According to UCSD's student newspaper, The Guardian, which broke the story Friday night, an employee of UCSD's International Services and Engagement Office said federal officials are targeting students with a prior arrest record, such as those with DUIs, but that has not been independently verified by CBS 8.

"I think everybody is really scared I mean we have international students on our staff too who were trying to protect as best as we can so it's been about navigating that, seeing what protections we can put for them to make sure they're not subject to this kind of federal immigration scrutiny either even though, regardless of their legal status," The UCSD Guardian Editor-in-Chief Adalia Luo said.

CBS 8 reached out to UCSD for comment, but a spokesperson forwarded a press release issued Friday on behalf of all UC schools.

**The UC Office of the President released a statement on April 4 after several campuses were notified students were impacted by SEVIS termination:**



"The University of California is aware that international students across several of our campuses have been impacted by recent SEVIS terminations. This is a fluid situation, and we continue to monitor and assess its implications for the UC community and the people affected. We are committed to doing what we can to support all members of our community as they exercise their rights under the law. In doing that, the University will continue to follow all applicable state and federal laws."

SEVIS — the Student Exchange Visitor Information System — is a program run by the Department of Homeland Security that allows you to remain in the United States. SEVIS stores data collected from F-1 and J-1 visa holders.

[Immigration Attorney Saman Nasseri](#) said this latest news from UCSD is a part of a national trend, and officials can revoke a student visa over voicing opinions that don't align with U.S. policy.

"The tricky part is free speech still does apply to you if you have a student visa," Nasseri said. "But if your free speech is contrary to anything that is part of U.S. policy, or is in line with U.S. policy, they can cancel your visa as for reasons of national security."

These revocations are expected to increase, he said, after a lengthy pause during COVID.

"In the past, it was almost as soon as somebody was arrested, their student visa was revoked," he said. "Recently that has been very lax. No one was following that really post-COVID. That was put on the back burner. Now they're starting to bring back where any arrest, any police interaction, they can use that as an excuse to revoke the visas."

But students who have their F-1s revoked do have steps they can take to contest the decision. He said to speak with an attorney to challenge the service revocation and reapply for your F-1.



He also advised at-risk students to keep their social media clean and private — and to lay low.

When asked about the long-term ramifications this could have, Nasseri said it's likely there will be a stronger vetting process for applications, saying there would be more background checks and seeing fewer student visas that will be approved for people to come to the U.S.

"I don't think people realize how much of a privilege a student visa actually is," Nasseri said. "It's essentially a tourist visa. And if you see all the time people getting turned away at the border with [a] tourist visa if they feel like someone's violating their tourist visa."

### Capital Gains Exemptions for Seniors
Capital gains tax can eat into investment profit
SmartAsset | Sponsored                                              Learn More

### Over 700,000 Women Can't Be Wrong—This Patch Is Changing Lives!
Apply this once a day and let science do the rest! This breakthrough GLP-1 patch helps reduce cravings and supports effortless weight loss—no strict diets, no intense workouts. See why thousands are makin…
Kind Patches | Sponsored                                            Shop Now

### Seniors Born 1941-1979 Receive 55 Benefits This Month if They Ask
Ridiculous benefits seniors are entitled to in 2025, but often forget to claim.
WalletJump | Sponsored                                              Learn More

### The Weight Loss Industry Hates This Simple Patch… But It Works!
Apply this once a day and let science do the rest! This breakthrough GLP-1 patch helps reduce cravings and supports effortless weight loss—no strict diets, no intense workouts. See why thousands are makin…
Kind Patches | Sponsored                                            Shop Now

### Amazon's Worst Nightmare: Shoppers Canceling Prime for This Clever Hack
Think you're getting the best deal when you shop online? Don't buy a single thing until you try this - you won't regret it.
Online Shopping Tools | Sponsored

### Her Wrinkles Improved So Fast Her Husband Didn't Recognize Her
Why cosmetic doctors don't want you knowing about the at-home alternative to their expensive services
Modern Beauty After 40 | Sponsored                                  Learn More

### Actress Raquel Welch dies at 82
KFMB

### Florida makes push all the way to NCAA title game, will face Houston team that pushes others around
KFMB

4/6/25, 11:12 PM
Case 1:25-cv-00133-SE-TSM  Document 2-11  Filed 04/07/25  Page 6 of 6
UCSD students lose F-1 visas; 1 deported. | cbs8.com



LOADING NEXT ARTICLE...