# EXHIBIT L



Xiaotian Liu

## Change in SEVIS termination reason

To: Xiaotian Liu
Cc:

Tue, Apr 8, 2025 at 9:07 AM

Dear Xiaotian,

In reviewing the SEVIS database today we discovered that the reason for your SEVIS termination record was changed this morning to:

**TERMINATION REASON: OTHER - Individual identified in criminal records check and/or has had their VISA revoked. SEVIS record has been terminated.**

I am hearing from other schools that they are seeing this same change in terminated student record. The "otherwise failing to maintain status" notation no longer appears in the SEVIS record

I know you are working with outside immigration counsel and so I recommend you share this update with them.

Please be sure to reach out to the International Student Experience Office for support during what I am certain is an extremely stressful and difficult time. And Dartmouth Student Health Service at Dick's House can also offer support:

https://students.dartmouth.edu/health-service/counseling/about

Best,

Dartmouth College

Hanover, NH 03755

### OVIS Walk-in Hours – Effective Spring Term 2025

Monday: 1:00 p.m. to 4:00 p.m.

Wednesday: 1:00 p.m. to 4:00 p.m.

Thursday: 1:00 p.m. to 4:00 p.m.

All other appointments must be scheduled directly with OVIS:

██████████████████████████████████

For an emergency that requires immediate assistance outside of normal working hours, please contact Dartmouth Safety & Security: https://www.dartmouth.edu/security/