UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **XIAOTIAN LIU**,<br><br>**Plaintiff,**<br><br>v.<br><br>**KRISTI NOEM**, Secretary of the Department of Homeland Security;<br><br>**TODD LYONS**, Acting Director of the Immigration and Customs Enforcement;<br><br>**Defendants.** | **No.** 1:25-cv-00133-SE-TSM |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**
**(EXPEDITED ORAL ARGUMENT REQUESTED)**

Pursuant to Fed. R. Civ. P. 65(a), and Counts 1 and 2 of Plaintiff's Complaint for Declaratory and Injunctive Relief—and for the reasons stated in the accompanying memorandum, declarations, and all pleadings filed—Plaintiff respectfully moves this Court to issue a preliminary injunction (i) enjoining Defendants from terminating Plaintiff's F-1 student status under the Student and Exchange Visitor (SEVIS) system, and (ii) requiring Defendants to set aside their termination determination. The grounds for this motion are set forth in Plaintiff's accompanying memorandum of law in support of his motion.

Plaintiff also moves this Court for an order waiving the requirement for bond or security.

Xiaotian Liu,

By and through his Counsel,

*/s/ SangYeob Kim*
Gilles R. Bissonnette (NH Bar: 265393)
Henry Klementowicz (NH Bar: 21177)
SangYeob Kim (NH Bar: 266657)
Chelsea Eddy (NH Bar: 276248)
AMERICAN CIVIL LIBERTIES UNION OF
   NEW HAMPSHIRE
18 Low Avenue
Concord, NH 03301
Phone: 603.227.6678
gilles@aclu-nh.org
henry@aclu-nh.org
sangyeob@aclu-nh.org
chelsea@aclu-nh.org

Ronald L. Abramson (NH Bar: 83593)
SHAHEEN & GORDON P.A.
180 Bridge Street
Manchester, NH 03104
603.792.8472
rabramson@shaheengordon.com

Date: April 10, 2025