UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

XIAOTIAN LIU,

        Plaintiff,

v.

KRISTI NOEM, Secretary of the Department
of Homeland Security; TODD LYONS,
Acting Director of the Immigration and
Customs Enforcement,

        Defendants.

Civil Action No. 1:25-cv-00133-SE-TSM

**NOTICE OF ERRATA TO DEFENDANTS' OPPOSITION
TO PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**

Defendants, through their undersigned attorneys, respectfully submit the following errata.

1.     Defendants filed their Opposition to Plaintiff's Motion for a Preliminary Injunction on April 17, 2025. ECF 15.

2.     Footnote 3 of that brief contains a reference to the DOJ Privacy Sourcebook. Defendants have now realized that the link in the brief is incorrect. The brief provides the link as https://www.justice.gov/opcl/paoverview_sourcebook. *See* ECF 15 at Table of Authorities and footnote 3.

3.     The correct link is https://www.justice.gov/opcl/paoverview_sourcebook/download, which redirects to https://www.justice.gov/d9/privacy_source_book.pdf.

//

//

//

Dated:  April 21, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

DREW ENSIGN
Deputy Assistant Attorney General

GLENN GIRDHARRY
Assistant Director

ALESSANDRA FASO
Senior Litigation Counsel

By: _s/ Alexandra McTague_
Alexandra McTague
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 718-0483
alexandra.mctague2@usdoj.gov