# Matthew McKillop

| | | |
|---|---|---|
| From: | Sauter, Mark (USAMA) <...> | EXHIBIT 1 |
| Sent: | Friday, April 25, 2025 10:43 AM | |
| To: | Matthew McKillop | |
| Cc: | Brad B... | |
| Subject: | Zheng v. Lyons, 1:25-cv-10893-FDS - Update to Provide to Court | |

**CAUTION - EXTERNAL:**

Matthew –

Good morning. I have cc'd Plaintiff's counsel Mr. Banias and Mr. Wolfsdorf on this email. I am providing an update I just received from ICE regarding the underlying issue in this case regarding the termination of SEVIS records. ICE headquarters leadership advised me of the following about 10 minutes ago:

*ICE is developing a policy that will provide a framework for SEVIS record terminations. Until such a policy is issued, the SEVIS records for plaintiff(s) in this case (and other similarly situated plaintiffs) will remain Active or shall be re-activated if not currently active and ICE will not modify the record solely based on the NCIC finding that resulted in the recent SEVIS record termination. ICE maintains the authority to terminate a SEVIS record for other reasons, such as if the plaintiff fails to maintain his or her nonimmigrant status after the record is reactivated or engages in other unlawful activity that would render him or her removable from the United States under the Immigration and Nationality Act.*

I have provided this information to Mr. Banias as well and I believe Plaintiff is checking with her school as to the status of her SEVIS record.

I wanted to provide this to you as soon as possible so you can update the Court prior to the 11AM (and 3pm) hearing.

Thank you –

Mark

Mark Sauter
U.S. Attorney's Office – Massachusetts
Assistant U.S. Attorney


EXHIBIT
1

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

1