UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| XIAOTIAN LIU, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, <br> in her official capacity as the Secretary of Homeland Security, <br> *et al.*, <br><br> Defendants. | No. 1:25-cv-00133-SE-TSM |

## DEFENDANTS' MOTION FOR RECONSIDERATION

Under LR 7.2(d), Defendants seek reconsideration of the Court's Preliminary Injunction Order. See ECF No. 24.

Attached is Defendants' supporting Memorandum of Law and Exhibits.

DATE: April 29, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

DREW ENSIGN
Deputy Assistant Attorney General

By: *s/ Glenn M. Girdharry*
GLENN M. GIRDHARRY
Assistant Director
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 532-4807
Email: glenn.girdharry@usdoj.gov

ALESSANDRA FASO
ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsels

1

## **CERTIFICATE OF SERVICE**

      I certify that on April 29, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

SangYeob Kim
Chelsea Eddy
Gilles R. Bissonnette
Henry Klementowicz
American Civil Liberties Union of New Hampshire
18 Low Ave
Concord, NH 03301
603 224-5591
SangYeob@aclu-nh.org
chelsea@aclu-nh.org
Gilles@aclu-nh.org
henry@aclu-nh.org

Ronald L. Abramson
Shaheen & Gordon PA
1155 Elm Street
Suite 300
Manchester, NH 03101
603-792-8472
rabramson@shaheengordon.com

                                              *s/ Glenn M. Girdharry*
                                              GLENN M. GIRDHARRY
                                              Assistant Director
                                              United States Department of Justice
                                              Civil Division