UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| XIAOTIAN LIU,<br><br>  Plaintiff,<br><br>v.<br><br>KRISTI NOEM, Secretary of the Department of Homeland Security; TODD LYONS, Acting Director of the Immigration and Customs Enforcement,<br><br>  Defendants. | Civil Action No. 1:25-cv-00133-SE-TSM |

## NOTICE OF APPEAL

Defendants Kristi Noem, in her official capacity as Secretary of the Department of Homeland Security, and Todd Lyons, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, hereby appeal from the Court's April 29, 2025, order granting a preliminary injunction (ECF 24), and its May 9 2025, endorsed order on the docket denying Defendants' motion to reconsider the preliminary injunction order, in the above-captioned case to the United States Court of Appeals for the First Circuit.

Dated:  June 30, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

GLENN GIRDHARRY
Acting Deputy Director

ALESSANDRA FASO
Acting Assistant Director

                                              By: *s/ Alexandra McTague*
Alexandra McTague
Senior Litigation Counsel
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 718-0483
alexandra.mctague2@usdoj.gov