UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. USDC/NH Case No. 25-cv-00133-SE-TSM

2. TITLE OF CASE: Xiaotian Liu v. Noem et al

3. TYPE OF CASE: Civil

4. NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

6. NAME OF JUDGE: Judge Samantha Elliott

7. DATE OF JUDGMENT OR ORDER ON APPEAL: **April 29, 2025**

8. DATE OF NOTICE OF APPEAL: **June 30, 2025**

9. FEE PAID or IFP :Not Applicable

10. COURT APPOINTED COUNSEL: Not Applicable

11. COURT REPORTER(S):   and DATES:
    See certified copy of docket (ECF registered users not provided with a copy of docket)

12. TRANSCRIPTS ORDERED/ON FILE: YES

13. HEARING/TRIAL EXHIBITS: NO

14. MOTIONS PENDING: NO

15. GUIDELINES CASE: NO

16. RELATED CASES or CROSS APPEAL:   No

17. SPECIAL COMMENTS: