UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| XIAOTIAN LIU, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, <br> in her official capacity as the Secretary of Homeland Security, *et al.*, <br><br> Defendants. | No. 1:25-cv-00133-SE-TSM |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendants, through undersigned counsel, hereby submit this Consent Motion for Extension of Time to respond to Plaintiff's Complaint, ECF No. 1, by thirty (30) days from July 30, 2025, to August 29, 2025.

On April 4, 2025, Plaintiff commenced the instant action, ECF No. 1. This Court has previously granted two unopposed motions to extend Defendants' deadline to answer or otherwise respond to the complaint. Defendants' current deadline to answer or otherwise respond is July 30, 2025. The parties have been engaged in conversations to resolve this matter without further litigation. Counsel for Plaintiffs will be on leave during the week of July 21, 2025. Thus, Defendants now respectfully request a further thirty-day extension of their deadline to answer or otherwise respond to the complaint, which Plaintiff does not oppose, in order to continue to discuss potential resolution of this matter.

Defendants submit that they are not requesting an extension for the purpose of undue delay and that the extension will not prejudice either party. Good cause, therefore, supports this consent

motion requesting a thirty (30) day extension of time. Accordingly, Defendants request that the Court extend Defendants' deadline to answer or otherwise respond to Plaintiff's Complaint from July 30, 2025, to August 29, 2025.

Dated: July 18, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

GLENN M. GIRDHARRY
Acting Deputy Director

ALEXANDRA MCTAGUE SCHULTE
Senior Litigation Counsel

By : *s/ Alessandra Faso*
ALESSANDRA FASO
Acting Assistant Director
United States Department of Justice
Civil Division
Office of Immigration Litigation
General Litigation and Appeals
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-9855
Email: alessandra.faso@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on July 18, 2025, electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record:

SangYeob Kim
Chelsea Eddy
Gilles R. Bissonnette
Henry Klementowicz
American Civil Liberties Union of New Hampshire
18 Low Ave
Concord, NH 03301
603 224-5591
SangYeob@aclu-nh.org
chelsea@aclu-nh.org
Gilles@aclu-nh.org
henry@aclu-nh.org

Ronald L. Abramson
Shaheen & Gordon PA
1155 Elm Street, Suite 300
Manchester, NH 03101
603-792-8472
rabramson@shaheengordon.com

By: *s/ Alessandra Faso*
ALESSANDRA FASO
Acting Assistant Director
United States Department of Justice
Civil Division