# United States Court of Appeals
## For the First Circuit

No. 25-1643

XIAOTIAN LIU,

Plaintiff - Appellee,

v.

KRISTI NOEM, Secretary of the Department of Homeland Security; TODD M. LYONS, Acting Director of the Immigration and Customs Enforcement,

Defendants - Appellants.

**JUDGMENT**

Entered: August 14, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of the parties' stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Gilles R. Bissonnette
Ronald L. Abramson
Henry R. Klementowicz
SangYeob Kim
Chelsea Eddy
Glenn M. Girdharry
Alessandra Faso
Alex McTague