# United States Court of Appeals
## For the First Circuit

No. 25-1643

XIAOTIAN LIU,

Plaintiff - Appellee,

v.

KRISTI NOEM, Secretary of the Department of Homeland Security; TODD M. LYONS, Acting Director of the Immigration and Customs Enforcement,

Defendants - Appellants.

**MANDATE**

Entered: August 14, 2025

In accordance with the judgment of August 14, 2025, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Anastasia Dubrovsky, Clerk


cc:
Ronald L. Abramson
Gilles R. Bissonnette
Chelsea Eddy
Alessandra Faso
Glenn M. Girdharry
SangYeob Kim
Henry R. Klementowicz
Alex McTague